1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| AIDA BARRIOS, ) | CIVIL NO. 1:09-CV-01100 GSA |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30 days to respond to Plaintiff's motion for summary judgment. The current due date is March 10, 2010, the new due date will be April 9, 2010.

The extension is being sought because the undersigned counsel for the Commissioner has had an unusually heavy work load for the months of February and March, which has included briefing in 15 district court cases, briefing in 2 Ninth Circuit cases, 2 Ninth Circuit mediation conferences and a Ninth Circuit oral argument. Due to this heavy workload, Counsel cannot complete the Commissioner's responsive brief in this matter prior to the due date of March 10, 2010 and respectfully requests an additional 30 days in which to complete the Commissioner's brief.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 10, 2009
/s/ *Laura L. Krank*
(As authorized via email)
LAURA L. KRANK
Attorney for Plaintiff

Dated: March 10, 2009
BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **March 10, 2010**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time